# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 29, 2018

SEAN F. McAVOY, CLERK

| | |
|---|---|
| AUTOMATED ACCOUNTS INC., a corporation formed under Washington law, and BONDED ADJUSTMENT COMPANY, a corporation formed under Washington law;<br>*Plaintiff*<br>v.<br>JOHN C. HEATH ATTORNEY AT LAW PC d/b/a LEXINGTON LAW, and LEXINGTON LAW FIRM, a professional service corporation formed under Utah law;<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>Civil Action No. 2:18-cv-00162-SAB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiffs' Application for Attorney Fees, ECF No. 18, is GRANTED.
The Court awards attorneys' fees in the amount of $3,115.00.
Judgment in favor of Plaintiffs and against Defendant in the amount of $3,115.00.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge STANLEY A. BASTIAN on a motion for Attorneys' Fees (ECF No. 18).

Date: 10/29/2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates